684

COMMISSIONER OF INTERNAL REVE-
NUE v. J. H. CROMWELL.
No. 2600.

Circuit Court of Appeals, Tenth Circuit.
Feb. 20, 1943.

Samuel O. Clark, Jr., Asst. Atty Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Joseph A. Hoskins, of Kansas City, Mo., and Vincent A. Smith, of Wichita, Kan., for respondent.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Judgment affirmed pursuant to stipulation, on authority of Commissioner of Internal Revenue v. Lewis, 10 Cir., 132 F.2d 709, decided December 28, 1942.

COMMISSIONER OF INTERNAL REVE-
NUE v. Edna D. CROMWELL.
No. 2601.

Circuit Court of Appeals, Tenth Circuit.
Feb. 20, 1943.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Joseph A. Hoskins, of Kansas City, Mo., and Vincent A. Smith, of Wichita, Kan., for respondent.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Judgment affirmed pursuant to stipulation, on authority of Commissioner of Internal Revenue v. Lewis, 10 Cir., 132 F.2d 709, decided December 28, 1942.

COMMISSIONER OF INTERNAL REVE-
NUE v. Madeline B. LEWIS.
No. 2599.

Circuit Court of Appeals, Tenth Circuit.
Feb. 20, 1943.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Joseph A. Hoskins, of Kansas City, Mo., and Vincent A. Smith, of Wichita, Kan., for respondent.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Judgment affirmed pursuant to stipulation, on authority of Commissioner of Internal Revenue v. Lewis, 10 Cir., 132 F.2d 709, decided December 28, 1942.

Robert W. WOODRUFF and John A. Hadden, Trustees of Erie Railroad Company, Appellees, v. Shelton PITNEY and Walter P. Gardner, Trustees of the Central Railroad Company of New Jersey, Appellants.
No. 312.

Circuit Court of Appeals, Second Circuit.
June 28, 1943.

Leo F. Hanan, of New York City, for appellants.

Charles W. Hagen, of New York City, for appellees.

Before L. HAND, AUGUSTUS N. HAND, and FRANK, Circuit Judges.

PER CURIAM.

Affirmed on authority of Petterson Lighterage Company v. New York Central Railroad, 2 Cir., 126 F.2d 992.